UNITED STATES of America,
Plaintiff–Appellee,

v.

Bradley Dean BIDGOOD, a/k/a Brad, Defendant–Appellant.

No. 01–6652.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 25, 2001.

Decided Oct. 23, 2001.

Joseph H. Craven, James B. Craven, III, Durham, NC, for appellant. John Stuart Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Christine Witcover Dean, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Bradley Dean Bidgood seeks to appeal the district court's order denying the government's motion to reduce his sentence under Fed.R.Crim.P. 35(b). We dismiss the appeal from the denial of the Rule 35(b) motion because the order is not reviewable. *See United States v. Pridgen,* 64 F.3d 147, 149–50 (4th Cir.1995).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*